IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-595 |
| | § | |
| | § | |
| PEDRO M. VILLALPANDO | § | |

**O R D E R**

The defendant's unopposed motion to seal, (Docket Entry No. 36), is granted. The motion for departure, (Docket Entry No. 34), and the memorandum and all exhibits attached to the memorandum in support of defendant's motion for sentencing, (Docket Entry No. 35), are sealed.

SIGNED on April 22, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge