IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-08-595 |
| PEDRO M. VILLALPANDO | § | |

**O R D E R**

The revocation petition is dismissed. The defendant is ordered released from custody. The defendant must report to the United State Probation Office within three days of his release and must further comply with the requirements of the United States Probation Office.

SIGNED on February 16, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge